## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| **NEXTERA ENERGY RESOURCES, LLC** | § | |
| **f/k/a FPL ENERGY, LLC, FPL ENERGY** | § | |
| **HORSE HOLLOW WIND, LLC f/k/a FPL** | § | |
| **ENERGY HORSE HOLLOW WIND, L.P.,** | § | |
| **and FPL ENERGY HORSE HOLLOW** | § | |
| **WIND II, LLC f/k/a FPL ENERGY** | § | |
| **HORSE HOLLOW WIND II, L.P.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:08-CV-00107-C** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **UNITED STATES ARMY,** | § | |
| **UNITED STATES AIR FORCE,** | § | |
| **UNITED STATES DEPARTMENT OF** | § | |
| **DEFENSE, and UNITED STATES ARMY** | § | |
| **CORPS OF ENGINEERS,** | § | |
| | § | |
| **Defendants.** | § | |

## STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of this entire action with prejudice and with all costs, including but not limited to attorneys' and expert witness fees, to be borne by the parties incurring same.

Dated:  September 19, 2014

Respectfully submitted,


*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson, P.C.
  State Bar No. 20039200
  jmt@lynnllp.com
Richard A. Smith
  State Bar No. 24027990
  rsmith@lynnllp.com
Mark E. Turk
  State Bar No. 00786298
  mturk@lynnllp.com
Michelle Ku
  State Bar No. 24071452
  mku@lynnllp.com
**LYNN TILLOTSON PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
Telephone:  214.981.3800
Facsimile:  214.981.3839

**ATTORNEYS FOR PLAINTIFFS**


SAM HIRSCH
Acting Assistant Attorney General

*/s/ Stephanie J. Talbert*


STEPHANIE J. TALBERT
MICHAEL D. ROWE
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20044
Telephone: (202) 514-2617
Facsimile: (202) 514-8865
E-mail: stephanie.talbert@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of this document has been served on counsel of record as shown below on September 19, 2014:

***<u>Via Electronic Filing</u>***
Michael D. Rowe
Stephanie J. Talbert
U.S. Department of Justice
Environmental Defense Section
Environment and Natural Resources Division
P.O. Box 23986
Washington, DC  20026-3986
michael.rowe@usdoj.gov
stephanie.talbert@usdoj.gov

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson, P.C.

4832-8652-7518, v.  1